In the Matter of the Application of THOMAS F. GANNON for an Order against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

IKE FRIEDBERG v. TRAVELERS INSURANCE Co.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

VERSICHERUNGS-ANSTALT DER OESTERREICHISCHEN BUNDESLAENDER v. HAMILTON FIRE INSURANCE COMPANY.— Motion for reargument denied, with ten dollars costs and stay vacated. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee, etc., for the Benefit of Holders of First Mortgage Participation Certificates Issued and Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY and Designated as Series N-67, v. ABRAHAM A. SILBERBERG.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application to Revoke Letters of Administration Issued to MARY MAY upon the Estate of HERMAN H. KIPP, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

THE CUMBERLAND CORPORATION, Suing Individually, and as a Stockholder in the McLELLAN STORES COMPANY, on Behalf of Itself and of All Other Stockholders Similarly Situated, v. McLELLAN STORES COMPANY and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

NELLY BROWN OWENS and PERCY R. OWENS v. B. ALTMAN & Co., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ROSALIND SCHLOSSBERG v. GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORPORATION, LTD. OF PERTH, SCOTLAND, and LOUIS V. BECKER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

## (November 25, 1938.)

MARGARET MARY REUTLINGER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment reversed, with costs, and judgment directed in favor of the defendant, with costs, on the ground that no actionable negligence on the part of the defendant is shown. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley and Cohn, JJ., dissent and vote for affirmance.

COURTLAND PALMER, Respondent, v. GLOBE & RUTGERS FIRE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.